STEPHEN KEPPER, ESQ.
Louisiana Bar No. 34618
INTELLECTUAL PROPERTY CONSULTING, LLC
400 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone:    (504) 322-7166
Facsimile:    (504) 322-7184
Email: skepper@iplawconsulting.com
Pro Hac Vice Applications to Be Submitted


JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
WILEY PETERSEN
1050 Indigo Drive, Suite 200-B
Las Vegas, Nevada 89145
Telephone:    (702) 910-3329
Facsimile:    (702) 553-3467
Email: jwiley@wileypetersenlaw.com
         dkidd@wileypetersenlaw.com

*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESCOBAR INC., <br><br> Plaintiff <br><br> v. <br><br> DANIEL D. REITBERG, <br><br> Defendant | Case No.: 2:20-cv-00741-RFB-EJY <br><br> **PLAINTIFF ESCOBAR INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to LR 7.1-1, in all cases, attorneys for private non-governmental parties must identify

in the disclosure statement all persons, associations of persons, firms, partnerships, or corporations

(including parent corporations) that have a direct, pecuniary interest in the outcome of the case.  This representation is made to enable this Court to evaluate possible disqualifications or recusal.

The undersigned attorney of record for Plaintiff ESCOBAR INC., certifies that the following may have a direct, pecuniary interest in the outcome of this case:

*There are no known interested parties other than those participating in the case.*

DATED this 24th day of April, 2020.

                                                Respectfully submitted,

*/s/ Stephen Kepper*
STEPHEN KEPPER, ESQ. (LA Bar No. 34618)
INTELLECTUAL PROPERTY CONSULTING, LLC
400 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone:       (504) 322-7166
Facsimile:        (504) 322-7184
Pro Hac Vice Applications to Be Submitted

*AND*

*/s/ Jason Wiley*
JASON M. WILEY, ESQ. (Nevada Bar 9274)
E. DANIEL KIDD, ESQ. (Nevada Bar 10106)
WILEY PETERSEN
1050 Indigo Drive, Suite 200-B
Las Vegas, Nevada 89145
Telephone:       (702) 910-3329
Facsimile:        (702) 553-3467

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5, LR IC 4-I, and LR 5-1, I hereby certify that on the 24th day of April 2020, I electronically filed **PLAINTIFF ESCOBAR INC.'S CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>	*/s/ Chastity Dugenia*
>	An Employee of Wiley Petersen