STEPHEN KEPPER, ESQ.
Louisiana Bar No. 34618
**INTELLECTUAL PROPERTY CONSULTING, LLC**
400 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone:     (504) 322-7166
Facsimile:      (504) 322-7184
Email: skepper@iplawconsulting.com
*Admitted to Practice Pro Hac Vice*

JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200-B
Las Vegas, Nevada 89145
Telephone:     (702) 910-3329
Facsimile:      (702) 553-3467
Email: jwiley@wileypetersenlaw.com
          dkidd@wileypetersenlaw.com

*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESCOBAR INC., | Case No.: 2:20-cv-00741-RFB-EJY |
| Plaintiff | **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT DANIEL D. REITBERG'S MOTION TO DISMISS [ECF NO. 18]** |
| v. | |
| DANIEL D. REITBERG, | |
| Defendant | **[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED pursuant to LR IA 6-1(c), by and between

Plaintiff ESCOBAR, INC. and Defendant DANIEL D. REITBERG, through their respective

counsel, to extend the time for Plaintiff to file a response to *Defendant Daniel D. Reitberg's Motion to Dismiss* [ECF No. 18] filed on November 13, 2020.

The parties respectfully request the Court enter an order providing for Plaintiff's response to the motion to be filed on or before December 11, 2020.

**IT IS SO STIPULATED**.

| **WILEY PETERSEN** | **ISSO & ASSOCIATES LAW FIRM** |
|---|---|
| */s/ Jason M. Wiley* | */s/ Brandon C. Verde* |
| JASON M. WILEY, ESQ. | PETER ISSO, ESQ. |
| Nevada Bar No. 9274 | Nevada Bar No. 14721 |
| E. DANIEL KIDD, ESQ. | BRANDON C. VERDE, ESQ., LL.M, |
| Nevada Bar No. 10106 | Nevada Bar No. 14638 |
| 1050 Indigo Drive, Suite 200-B | 8275 S. Eastern Avenue, Unit 200 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89123 |
| Telephone: 702.910.3329 | Telephone: 702.756.1582 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5, LR IC 4-I, and LR 5-1, I hereby certify that on the ___ day of April 2020, I electronically filed a **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT DANIEL D. REITBERG'S MOTION TO DISMISS [ECF NO. 18] [FIRST REQUEST]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*/s/ Chastity Dugenia*
An Employee of Wiley Petersen