UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESCOBAR INC., | Case No.: 2:20-cv-00741-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| DANIEL D. REITBERG, | |
| Defendant. | |

Before the Court is the Motion to Withdraw as Counsel (ECF No. 25). The Court has reviewed the Motion, finds good cause for Stephen Kepper's Motion to Withdraw, and further finds that Jason Wiley and E. Daniel Kidd, of the law firm Wiley Peterson, have agreed to stay on as counsel of record for Plaintiff.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 25) is GRANTED.

DATED this 7th day of January, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1