TRELLA N. PERKINS-MCLEAN, ESQ.
Nevada State Bar. No. 13376
**PERKINS MCLEAN, PLLC**
6717 Song Sparrow Court
North Las Vegas, NV 89084
Tel: (702) 373-5389
Email: perkinsmcleanlaw@gmail.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ESCOBAR, INC.,

    Plaintiff,

vs.

DANIEL D. REITBERG,

    Defendant.

Case No.: 2:20-cv-00741-RFB-EJY

**DEFENDANT'S REQUEST TO SUBSTITUTE ATTORNEY**

    Defendant Daniel Reitberg ("Defendant") hereby substitutes **TRELLA N. PERKINS-MCLEAN, ESQ, of PERKINS MCLEAN PLLC**; address: **6717 Song Sparrow Court, North Las Vegas, Nevada, 89084**; telephone number: **702-373-5389** as attorney of record in place and stead of Peter Isso, Esq. of the firm Isso & Associates Law Firm, PLLC, and any other attorneys associated with that firm.

DATED: 8/24/2021

_____
DANIEL REITBERG

I consent to the above substitution.

DATED: August 24, 2021

*/s/ Peter Isso, Esq.*
_____
PETER ISSO, ESQ.

///

///

1

1 | I am duly admitted to practice within the district.

2 | Above substitution accepted.

3

4 | DATED: __24 August 2021__          /s/ *Trella N. Perkins-McLean*
                                       _____
5 |                                    TRELLA N. PERKINS-MCLEAN, ESQ.

6

7

8 | Please check one: ___  X  RETAINED, or  ___   APPOINTED BY THE COURT

9

10 | DATED __August 24, 2021__          [signature]
11 |                                    UNITED STATES MAGISTRATE JUDGE

2