UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESCOBAR INC., | Case No.: 2:20-cv-00741-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| DANIEL D. REITBERG, | |
| Defendant. | |

Pending before the Court is Defendant Daniel Reitburg's Demand for Security of Costs Pursuant to NRS 18.130 (ECF No. 32). No response to this Motion was filed.

Under United States District Court for the District of Nevada Local Rule 7-2(d), the failure of a party to oppose a motion may be treated by the Court as consent to that motion. Here, no response to Defendant's Motion was filed.

Accordingly, IT IS HEREBY ORDERED that Defendant Daniel Reitburg's Demand for Security of Costs Pursuant to NRS 18.130 (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that, in compliance with NRS 18.130, Plaintiff Escobar Inc. shall promptly file a bond in the amount of $500 with the Clerk of Court.

IT IS FURTHER ORDERED that if Plaintiff Escobar Inc. fails to comply with this Order, Defendant may file a motion before the District Judge seeking a stay of this action until such time as the bond is posted.

DATED this 22nd day of September, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE