JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200-B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
Email: jwiley@wileypetersenlaw.com
         dkidd@wileypetersenlaw.com

*Attorneys for Plaintiff Escobar, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESCOBAR INC.,<br><br>　　　　　Plaintiff<br>v.<br><br>DANIEL D. REITBERG,<br><br>　　　　　Defendant. | CASE NO.: 2:20-cv-00741-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41** |

**IT IS HEREBY STIPULATED** by and between Plaintiff ESCOBAR, INC. and Defendant DANIEL D. REITBERG (collectively, "the Parties"), through their respective counsel, that the Parties have resolved their disputes by way of mutual agreement and settlement.

The Parties further stipulate, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that this Court enter a dismissal of Plaintiff's Complaint in United States District Court District of Nevada Case No. 2:20-cv-00741-RFB-EJY with prejudice as to Defendant.

///

The Parties further stipulate that each party shall bear their own costs and fees with respect to any claims and defenses they may have against each other in this action.

**IT IS SO STIPULATED**.

DATED this 3rd day of April, 2023.

**WILEY PETERSEN**

/s/ Jason M. Wiley
_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
1050 Indigo Drive
Suite 200-B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com

*Attorney for Plaintiff*

DATED this 3rd day of April, 2023.

**PERKINS MCLEAN, PLLC**

/s/ Trella N. Perkins-McLean
_____
TRELLA N. PERKINS-MCLEAN, ESQ.
Nevada Bar No. 13376
6935 North Aliante Parkway
Suite 104
Las Vegas, Nevada 89084
Telephone: 702.373.5389
perkinsmcleanlaw@gmail.com

*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of April, 2023.