UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESCOBAR INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>DANIEL D. REITBERG, <br><br>　　　　　Defendant. | Case No. 2:20-cv-00741-RFB-EJY <br><br>**ORDER** |

On September 7, 2021, Defendant Daniel D. Reitberg filed a Demand for Security of Costs pursuant to NRS 18.130(1). ECF No. 32. No response to the motion was filed. On September 22, 2021, the Court granted the motion, and required Escobar Inc. to deposit a check for $500.00 with the Clerk of the Court. ECF No. 33. On September 28, 2021, Escobar Inc. posted the amount of $500.00 with the Clerk of Court. ECF Nos. 34, 35. On April 4, 2023, the parties resolved the dispute, including through a settlement agreement, and the case was dismissed with prejudice. See ECF No. 57. The $500 deposit is still with the Court.

**IT IS THEREFORE ORDERED** that, as this matter is now concluded, that the Clerk of Court shall disburse $500.00, the total amount held by this Court for security costs, in connection with this case, including any interest earned, to:

> Jason M. Wiley, Esq.
> 1050 Indigo Drive, Suite 200-B
> Las Vegs, NV 89145.

unless a party objects to this order by no later than 10 days.

**DATED:** April 5, 2023

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**